Opinion filed July 23, 2026



**In The**

# Eleventh Court of Appeals

_____

## No. 11-26-00157-CV

_____

## IN THE ESTATE OF MARY LOUISE DAWSON, DECEASED

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. PR24-100**

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal from the trial court's final order on his bill of review. Appellant has now filed an unopposed motion to dismiss the appeal. In the motion, Appellant states that the parties have reached a settlement agreement and requests that we dismiss the appeal "with prejudice to the refiling of same." *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.


July 23, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

JOHN M. BAILEY

CHIEF JUSTICE